**95–1846.** Martin v. Connors. In Mandamus. On motion to amend complaint to add respondents Judge Hoffman and Judge Sargeant, and on answer of respondent. Motion to amend granted and answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1860.** State ex rel. Scott v. Ghee. In Mandamus. On answer of respondent. Answer treated as motion dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1857.** State v. Lenix. Cuyahoga County, No. 67532. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032. This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., concurs and agrees with the court of appeals' judgment.

**95–2065.** State ex rel. Cossett v. Executive State Governors Federalism Summit. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law.

In *State ex rel. Peeples v. Anderson* (1995), 73 Ohio St.3d 559, 653 N.E.2d 371, this court held that, "[w]hile *sua sponte* dismissal of a complaint without notice is generally inappropriate, it is proper where the complaint is frivolous or the claimant obviously cannot prevail on the facts alleged in the complaint. See *State ex rel. Edwards v. Toledo City School Dist. Bd. of Edn.* (1995), 72 Ohio St.3d 106, 108, 647 N.E.2d 799, 801, citing *Baker v. Dir., U.S. Parole Comm.* (C.A.D.C.1990), 916 F.2d 725, and *English v. Cowell* (C.A.7, 1993), 10 F.3d 484." Relators cannot prevail on the facts alleged in their complaint or, indeed, on any set of facts, because this court lacks authority to grant the relief requested in their complaint. Accordingly,

IT IS ORDERED by the court *sua sponte* that, under the authority of *State ex rel. Peeples v. Anderson,* this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.